UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SABAL TRAIL TRANSMISSION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>6.65 ACRES OF LAND, MORE OR LESS, IN COLQUITT COUNTY, GEORGIA,<br><br>and<br><br>1.43 ACRES OF LAND, MORE OR LESS, IN COLQUITT COUNTY, GEORGIA,<br><br>and<br><br>SANDRA G. YARBROUGH JONES,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>4:16-cv-00097-CDL |

## ORDER FOR RELEASE AND RETURN OF SECURITY BOND

Plaintiff Sabal Trail Transmission, LLC ("Sabal Trail") has filed a Motion for Release and Return of Security Bond (the "Motion") in this case. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The security bond posted in this case is hereby released, and the Court directs the Clerk of the Court to return the original security bond to counsel for Sabal Trail at the following address: Andrew S. Koelz, Hunton Andrews Kurth LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, GA 30308-2216.

**IT IS SO ORDERED**, this 8th day of May, 2019.

                                                                                __S/Clay D. Land
                                                                                 CLAY D. LAND
                                                                                 CHIEF U.S. DISTRICT COURT JUDGE
                                                                                 MIDDLE DISTRICT OF GEORGIA

*Prepared and presented by:*

Matthew J. Calvert
Georgia Bar No. 105340
mcalvert@HuntonAK.com
Brooke F. Voelzke
Georgia Bar No. 728727
bvoelzke@HuntonAK.com
Andrew S. Koelz
Georgia Bar No. 208399
akoelz@HuntonAK.com
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

W. Earl McCall
Georgia Bar No. 481250
emccall@mccallwilliams.com
MCCALL WILLIAMS, LLC
1101 Valley Road
Albany, Georgia 31707
Telephone: (229) 888-2600
Facsimile: (229) 888-3330

*Counsel for Plaintiff*
*Sabal Trail Transmission, LLC*